ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Facsimile: (415) 436-6748
E-mail: david.devito@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BETH MAULDIN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, <br><br> Defendant. | No. 4:23-cv-05670-DMR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** |

Pursuant to Civil Local Rule. 6-1(a), the parties hereby stipulate to extend the time for Defendant to respond to the amended complaint (Dkt. No. 8) until March 15, 2024.

Additionally, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate and request that the Court continue the Initial Case Management Conference currently set for January 31, 2024 (*see* Dkt. No. 4). This is an action for review on an administrative record. As Defendant is reviewing the allegations in the amended complaint and requires additional time to conduct its review and prepare its responsive pleading, and to prepare and file the administrative record, the parties agree that the initial case management conference should be continued to a date after Defendant's responsive pleading and the administrative record are filed. Accordingly, the parties request that the Court schedule the initial case management conference for April 3, 2024 at 1:30 p.m. The Parties further request that any

STIP. TO EXTEND RESPONSE DEADLINE AND CONTINUE CMC
Case No. 4:23-cv-05670-DMR

associated deadlines be continued in conformity therewith.

     Finally, the Parties further agree that this action is exempt from the initial disclosure requirements because it is "an action for review on an administrative record." Fed. R. Civ. P. 26(a)(1)(B)(1).

     IT IS SO STIPULATED.

DATED: January 16, 2024       Respectfully submitted,

                         ISMAIL J. RAMSEY
                         United States Attorney

                         /s/ David M. DeVito*
                         DAVID M. DEVITO
                         Assistant United States Attorney

                         Attorneys for Defendant

DATED: January 16, 2024       PAUL LAW OFFICES

                         /s/ Gregory G. Paul
                         GREGORY G. PAUL

                         Attorneys for Plaintiff

---

* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIP. TO EXTEND RESPONSE DEADLINE AND CONTINUE CMC
Case No. 4:23-cv-05670-DMR

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that:

1. This action is exempt from the initial disclosure requirements of Rule 26(f).
2. The Initial Case Management Conference currently set for January 31, 2024 at 1:30 p.m. is hereby continued to April 3, 2024 at 1:30 p.m. in Oakland, by Videoconference only, and all other deadlines in the Initial Case Management Schedule Order (Dkt. No. 4) are continued accordingly.  All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/**.

IT IS SO ORDERED AS MODIFIED.

DATED: January 17, 2024



_____
HON. DONNA M. RYU
United States Chief Magistrate Judge

STIP. TO EXTEND RESPONSE DEADLINE AND CONTINUE CMC
Case No. 4:23-cv-05670-DMR