
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    Facsimile: (415) 436-6748
    E-mail: david.devito@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BETH MAULDIN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>    Defendant. | No. 4:23-cv-05670-DMR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** |

    Pursuant to Civil Local Rule. 6-1(a), the parties hereby stipulate to extend the time for Defendant to respond to the amended complaint (Dkt. No. 8) until April 30, 2024.

    Additionally, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate and request that the Court continue the Initial Case Management Conference currently set for April 3, 2024 (*see* Dkt. No. 15). This is an action for review on an administrative record. Defendant requires additional time to review the allegations in the amended complaint and prepare its responsive pleading, and to prepare and file the administrative record. In particular, Plaintiff alleges in the Amended Complaint that certain information was not properly included in the claim file in this case. To enable an informed response, Defendant has asked Plaintiff to provide details concerning these allegations, which Plaintiff has agreed to do. Plaintiff requires additional time to provide this information to Defendant, which Defendant will

1  need time to review, evaluate, and incorporate into its response.  The parties agree that in order for the
2  initial case management conference to be most productive, it should occur after this information is
3  exchanged and Defendant files its answer and the administrative record.  Accordingly, the parties
4  request that the Court schedule the initial case management conference for May 29, 2024 at 1:30 p.m.
5  The Parties further request that any associated deadlines be continued in conformity therewith.

      Finally, the Parties further agree that this action is exempt from the initial disclosure requirements because it is "an action for review on an administrative record." Fed. R. Civ. P. 26(a)(1)(B)(1).

      IT IS SO STIPULATED.

DATED: March 13, 2024        Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ David M. DeVito*
DAVID M. DEVITO
Assistant United States Attorney

Attorneys for Defendant

DATED: March 13, 2024        PAUL LAW OFFICES

/s/ Gregory G. Paul
GREGORY G. PAUL

Attorneys for Plaintiff

---

* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIP. TO EXTEND RESPONSE DEADLINE AND CONTINUE CMC
Case No. 4:23-cv-05670-DMR

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, it is hereby ordered that the Case Management Conference currently set for April 3, 2024 at 1:30 p.m. is hereby continued to May 29, 2024 at 1:30 p.m. in Oakland, by Videoconference only, and all other deadlines in the Initial Case Management Schedule Order (Dkt. No. 4) are continued accordingly.  All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.**

IT IS SO ORDERED AS MODIFIED.

DATED: March 15, 2024



HON. DONNA M. RYU
United States Chief Magistrate Judge